**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **WILLIE YATES,** | ) |
| **Plaintiff,** | ) |
| -vs- | ) NO. 05-96-CJP |
| **C/O DISRO,** | ) |
| **Defendants.** | ) |

# JUDGMENT IN A CIVIL CASE

This issue came before this Court for bench trial. The issues have been tried and the Court has rendered its decision.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendant **C/O DISRO** and against plaintiff **WILLIE YATES** in accordance with Order entered by United States Magistrate Judge Clifford J. Proud on June 27, 2008, (Doc. 60).

Plaintiff shall take nothing from this action.

**DATED** this 30th day of June, 2008

                              **NORBERT G. JAWORSKI, CLERK**

                              **BY: S/ Angela Vehlewald**
                                    **Deputy Clerk**

**Approved by**    **S/ Clifford J. Proud**
            **United States Magistrate Judge**
                **Clifford J. Proud**